IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY FRANCIS BARGER,                                       No. 2:14-cv-2310-CMK-P

       Plaintiff,

  vs.                                                                          ORDER

DIRECTOR OF CDCR,

       Defendant.

_____/

       Plaintiff Gary Barger, also known as Gary Fisher, is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.  The court issued an order to show cause on May 28, 2015, requiring plaintiff to show cause why this action should not be dismissed.

       The court found it had previously determined plaintiff is barred from proceeding in forma pauperis pursuant to 28 U.S.C. § 1985(g), and that it did not appear that plaintiff was under imminent danger of serious physical injury when he filed the complaint.  Plaintiff was provided an opportunity to show cause why this action should not be dismissed.   Plaintiff was warned that failure to respond to the order to show cause may result in the dismissal of this

action for the reasons outlined as well as for failure to prosecute and comply with court rules and orders.  <u>See</u> Local Rule 110.

       Plaintiff failed to file a response to the court's order as directed.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    This action is dismissed without prejudice to re-filing upon pre-payment of the filing fees; and

       2.    The Clerk of the Court is directed to close this case.

DATED:  August 18, 2015

                                                               _____
                                                                **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE